**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| DONALD RICHARD MOSLEY, | * |
| | * |
| Petitioner, | * CIVIL ACTION NO. 16-00427-JB-B |
| | * |
| CYNTHIA STEWART, | * |
| | * |
| Respondent. | * |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) be **DISMISSED** as time-barred pursuant to 28 U.S.C. § 2244(d). Petitioner is not entitled to a certificate of appealability and, therefore, he is not entitled to appeal *in forma pauperis*.

**DONE** this 15th day of November, 2018.

s/JEFFREY U. BEAVERSTOCK
UNITED STATES DISTRICT JUDGE